UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIAOPIAO QIAN,

Plaintiff,

-v-

KRISTI NOEM *et al*,

Defendants.

25 Civ. 9086 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 5, 2025, plaintiff filed a petition in the nature of mandamus. Dkt. 2. On July 21, 2026, this Court issued an order, stating that plaintiff had not complied with the requirements for service under Federal Rules of Civil Procedure 4(i). Dkt. 18. This Court ordered that plaintiff advise the Court in writing why plaintiff failed to serve the Summons and Complaint within the 90-day period on defendants and stated that if the Court did not receive any written communication by August 11, 2026, the Court would dismiss without prejudice the claims against defendant. *Id.* To date, the Court has not received any response from plaintiff. The Court accordingly dismisses this case, without prejudice.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: September 11, 2026
New York, New York